UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Nasser Halwani                                 Case No. 09-49944
                                                       Chapter 7
                Debtor.                           Honorable Phillip J. Shefferly
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $2.78 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Southfield Radiology<br>712 Chippewa Square, Suite 200<br>Marquette, MI 49855 | 9 | $2.78 |

Date: October 11, 2011            /s/ CHARLES J. TAUNT
                                                   CHARLES J. TAUNT, Trustee
                                                   700 East Maple Road
                                                   2nd Floor
                                                   Birmingham, MI 48009
                                                   (248) 647-1127